78,366-03

Date January 7, 2015

From: Jerry Lee Miller # 1749796; WR-78,366-03
Tr. Ct. No. W10-42110-J (B)

To: Clerk, Abel Acosta / Court of Criminal Appeals
of Texas

Dear Clerk Abel Acosta, I Jerry Lee Miller
Am waiting in regards of a Address Change,
Please be Advised that as of the current date
to mail All Legal mail concerning myself and
the Court of Crimil Appeal to the following Address
Thanks for your time.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

New Address (current)

Coffeld Unit
2661 FM 2054
Tennessee Colony, TX 75880
Unit Telephone # 903-928-2211

Sincerely

Jerry Miller
# 1749796
WR-78,366-03
Tr. Ct. No. W10-42110-J (B)

(Previous)
Old Address

Gib Lewis
777 FM 3497
Woodville, TX 75990